IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DARCEY L BRINSON,<br><br>           Defendant. | 8:01CR271<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Union Pacific Railroad, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Union Pacific Railroad, is released.

DATED this 27th day of February, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
_____
JOSEPH F. BATAILLON
JUDGE, U. S. DISTRICT COURT