IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:01CR271 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| Darcey L. Brinson, | |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Union Pacific Railroad, Filing No. 58, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Union Pacific Railroad is released.

DATED this 24th day of March, 2016.

BY THE COURT:

   s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
SENIOR UNITED STATES DISTRICT JUDGE